**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-769 RHK/JMM**

| | |
|---|---|
| Eugene T. Barry,<br><br>Plaintiff,<br>v.<br><br>Certified Recovery, Inc., a Wisconsin corporation,<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Eugene R. Barry, and his attorneys, and Defendant and its attorney, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

BY: ______________________
Peter F. Barry
Attorney for Plaintiff
Attorney I.D. #: 0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 714-8800

CONSUMER JUSTICE CENTER, P.A.
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

Dated: ______________________

**FOLEY & MANSFIELD, PLLP**

BY: ______________________
Thomas J. Lallier
Attorney for Defendant
Attorney I.D. #: 163041
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, Minnesota 55403
Telephone: (612) 338-8788

Dated: 8-2-00



FILED AUG 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice.

Dated: 8/3/00

John M. Mason, Magistrate Judge
United States District Court